**Order entered August 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00752-CV

### J. KYLE BASS, ET AL., Appellants

### V.

### UNITED DEVELOPMENT FUNDING, L.P., ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER

Before the Court is appellants' July 31, 2018 unopposed motion to extend the time to file

a brief.  We **GRANT** the motion and extend the time to **August 30, 2018**.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE